AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Husch Blackwell LLP <br> *Plaintiff(s)* <br> v. <br> Washington Metropolitan Area Transit Authority <br> *Defendant(s)* | Civil Action No. 1:19-cv-00880 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SERVE:
Patricia Y. Lee
General Counsel
Washington Metropolitan Transit Authority
600 5th Street, NW
Washington, DC 20001

A lawsuit has been filed against you.

Within ~~xx~~ 30 days after service of this summons on you (not counting the day you received it) — or ~~60~~ 30 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Waagner
Husch Blackwell LLP
750 17th Street NW, Suite 900
Washington, DC 20006
(202) 378-2300
brian.waagner@huschblackwell.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/2/19

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:19-cv-00880

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patricia Y. Lee, General Counsel
was received by me on *(date)* 7/2/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michael Duncan, Director Companionship WMATA, 600 5th Street, NW, Washington, DC 20001 , who is designated by law to accept service of process on behalf of *(name of organization)* Patricia Y. Lee, General Counsel on *(date)* 7/10/2019 1:15 PM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/10/2019

*Server's signature*

Nina Lew, Process Server
*Printed name and title*

45102

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:
Michael Duncan Gender: Male  Race/Skin: Black  Age: 50 yrs. old  Weight: 160 lbs.  Height: 5'6"  Hair: Black  Glasses: Yes  Other:

Documents Served: Summons, Complaint for Declaratory and Injunctive Relief, Notice, Civil Cover Sheet and Exhibit A and B

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**HUSCH BLACKWELL LLP**
Plaintiff

Case Number: 1:19-cv-00880

vs

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**
Defendant

**AFFIDAVIT OF SERVICE**

Now comes, Nina Lew the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Silver Spring, MD.

I, Nina Lew certify that on, **7/10/2019**, at **1:15 PM**, I served a copy of the within **Summons, Complaint for Declaratory and Injunctive Relief, Notice, Civil Cover Sheet and Exhibit A and B** upon the within named **Patricia Y. Lee, General Counsel**, in the following manner,

**(xx)** **Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Michael Duncan, Director Companionship**, whom based on information and belief affiant knew said individual to be Authorized Agent, a person authorized to accept service on behalf of **Patricia Y. Lee, General Counsel**.

Said service was effected at the following location: **WMATA, 600 5th Street, NW, Washington, DC 20001**.

I, Nina Lew describe the individual accepting service **Michael Duncan** as follows: **Michael Duncan** is a Black Male, approximately 50 yrs. old, with Black hair, approximately 5'6" and weighing 160 lbs..

I, Nina Lew certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on
07/10/2019

_E. Torri Schaffer_
E. Torri Schaffer, Notary Public
Commission Expires 11/29/2020

E. TORRI SCHAFFER
Notary Public
State of Maryland
Montgomery County
My commission exp. November 29, 2020

45102

_Nina Lew_
**Nina Lew**
P.O. Box 18647
Washington, DC 20036
202-296-0222