**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| HUSCH BLACKWELL LLP, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 1:19-cv-880 (AJT/TCB) |
|  | ) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) |
|  | ) |
| Defendant. | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, November 22, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, the Washington Metropolitan Area Transit Authority ("WMATA") will present oral argument in support of WMATA's Motion for Summary Judgment.

Dated: September 27, 2019

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel

s/ Attison L. Barnes, III
Attison L. Barnes, III (VA Bar No. 30458)
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com
*Counsel for Defendant*
*Washington Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2019, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

>George Edward Stewart, III
>Brian Paul Waagner
>HUSCH BLACKWELL LLP
>750 17th St NW, Suite 900
>Washington, DC 20006
>Tel: 202-378-2307
>Fax: 202-378-2319
>george.stewart@huschblackwell.com
>brian.waagner@huschblackwell.com

>s/Attison L. Barnes, III
>Attison L. Barnes, III (VA Bar No. 30458)
>WILEY REIN LLP
>1776 K Street, NW
>Washington, DC  20006
>Tel: (202) 719-7000
>Fax: (202) 719-7049
>abarnes@wileyrein.com
>*Counsel for Defendant Washington*
>*Metropolitan Area Transit Authority*